SMITH *et al. v.* ADAIR & McCARTY BROTHERS.

GILBERT, J. Under authority of the case of *Burress* v. *Montgomery,* 148 *Ga.* 548 (97 S. E. 538); this case is transferred to the Court of Appeals.

No. 2229.   APRIL 15, 1921.

Complaint. Before Judge Howard. Butts superior court. July 10, 1920.

*John R. L. Smith, Grady C. Harris,* and *O. M. Duke,* for plaintiffs in error.
*Smith, Hammond & Smith* and *W. E. Watkins,* contra.